IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CV-415

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) **DEFAULT JUDGMENT** |
| APPROXIMATELY $16,037 IN FUNDS SEIZED FROM RODALE LAMONT ALLEN | ) |

A default having been entered against Defendant, (Doc. No. 11), and counsel for the United States having now requested judgment by default all in accordance with Rule 55(b)(2) of the Federal Rules of Civil Procedure, (Doc. No. 12 ), Judgment by default is rendered in favor of the Plaintiff, the United States of America. The Court declares that the United States is the lawful owner of all right, title, and interest in the subject property:

**Approximately $16,037.00 in currency seized from Rodale Lamont Allen.**

IT IS SO ORDERED.

Signed: March 4, 2019

Robert J. Conrad, Jr.
United States District Judge